IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

**HERSH RUTNER, individually and on behalf of all others similarly situated,**

        Plaintiff,

-v-

**AMERICAN CORADIUS INTERNATIONAL, LLC,**

        Defendant.

Civil Case Number: 1:18-cv-05895-FB-RML

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' July 5, 2019 Stipulation of Dismissal, all claims asserted against Defendant AMERICAN CORADIUS INTERNATIONAL, LLC in Civil Action No. **1:18-cv-05895-FB-RML**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS** \_\_\_8\_\_\_ **day of** \_\_\_July\_\_\_**, 2019.**

        /S/ Frederic Block
        HONORABLE FREDERIC BLOCK
        UNITED STATES DISTRICT JUDGE